Javon STEPHENSON, Plaintiff-Appellant,

v.

Gary DAVENPORT, Corporal; Paul Brannon, Deputy; Ms. Purdie, Health Department Administrator, Defendants-Appellees,

and

Z. Diggs, Classification Department Deputy; Kathy Vargas, Lieutenant; Sgt. Greer, ranking officer in the Personnel and Standards Office; Abdul Jamaludeen, Doctor; Ken Stolle, Sheriff; L. Williams, Grievance Department Deputy; Sgt. Bendily, Virginia Beach Sheriff's Office Sgt.; D. Moore, Sgt.; Corporal Winn, in supervisory charge of Defendant Wilson; Corporal Beavers, D-Team Officer; Sgt. Bishop, D-Team officer; Jessica Wilson, facility law librarian; The City of Virginia Beach, Municipality, Defendants.

No. 16-6977

United States Court of Appeals, Fourth Circuit.

Submitted: January 5, 2017

Decided: January 12, 2017

Javon Stephenson, Appellant Pro Se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javon Stephenson appeals the district court's order granting defendants' motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stephenson v. Davenport, No. 1:14–cv–

00266–TSE–IDD, 2016 WL 3661304 (E.D. Va. June 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED